WALDO v. MOORE

Appeal from Montcalm, Leo B. Bebeau, J. Submitted Division 3 March 10, 1969, at Grand Rapids. (Docket No. 5,280.)   Decided March 28, 1969.

Complaint by Lucile Waldo and Lyle Waldo against Walter Moore and Ruth Moore for personal injuries sustained in a fall at defendant's hotel. Judgment for defendants. Plaintiffs appeal. Affirmed.

*Marcus, McCroskey, Libner, Reamon, Williams & Dilley (Vernon D. Kortering, of counsel),* for plaintiffs.

*Miel, Miel & Simon,* for defendants.

BEFORE: McGregor, P. J. and R. B. Burns and Danhof, JJ.

Per Curiam. Plaintiff tripped on a 3-1/4 inch doorsill leading into the ladies' restroom on defendants' premises, fell, and broke her leg. With her husband she sued defendants for damages and medical expenses. After listening to the litigants' witnesses, both expert and regular, and viewing the premises with the attorneys, the circuit court rendered a nonjury judgment of no cause of action, finding the doorsill was not a dangerous condition and that

plaintiff was contributorily negligent for failing to observe the "step". Plaintiffs appeal and contend the court's decision was against the great preponderance of the evidence.

As an appellate court we hesitate to substitute our judgment for the fact findings of a trial judge unless his decision appears against the great weight of the evidence. *Merrill* v. *Shumway* (1962), 367 Mich 14, 16. The lower court's decision was not against the great weight of the evidence, since the evidence did not clearly preponderate in either direction. Rather, the evidence presented a fact situation from which it was not unreasonable for the court to conclude that the doorsill was not a dangerous condition, that defendants' premises were in a reasonably safe condition, and that plaintiff was contributorily negligent in failing to observe the raised doorsill. See *Cole* v. *Keeler Brass Co.* (1937), 281 Mich 441; *Garrett* v. *W. S. Butterfield Theaters, Inc.* (1933), 261 Mich 262; and *Rice* v. *Goodspeed Real Estate Co.* (1931), 254 Mich 49.

Affirmed.